UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZA SCHERTZ,<br><br>        Plaintiff,<br><br>    v.<br><br>RANDSTAD INHOUSE SERVICES, LLC,<br>*et al.*,<br><br>        Defendants. | Case No. 1:26-cv-01592-JLT-CDB<br><br>ORDER ON STIPULATION STAYING<br>ACTION AND DIRECTING SUBMITTAL<br>OF DISPUTES TO ARBITRATION<br><br>(Doc. 3)<br><br>**30-DAY and 120-DAY DEADLINES**<br><br>ORDER VACATING MAY 27, 2026,<br>SCHEDULING CONFERENCE<br><br>(Doc. 2) |

On January 15, 2026, Plaintiff Maritza Schertz ("Plaintiff") initiated this action with the filing of a complaint against Defendants Randstad Inhouse Services, LLC and Randstad North America, Inc. ("Defendants"), in state court before Defendants removed the case to this Court on February 25, 2026.  (Doc. 1).

Pending before the Court is the parties' stipulated request for order staying the action and requiring submittal of the parties' dispute to arbitration.  (Doc. 3).  The parties represent that they have agreed to submit this matter to binding arbitration pursuant to the terms of the parties' arbitration agreement signed on July 18, 2023, stay this action in its entirety pending completion of arbitration, and that all dates currently on calendar be vacated.  *Id.* at 2.  The parties agree that

the Court shall retain jurisdiction over this action to confirm, correct, vacate, or enforce any arbitration award in accordance with the Federal Arbitration Act (9 U.S.C. §§ 9, 10, 11). *Id.*

As the parties request a stay limited to the time necessary to seek to resolve their disputes through arbitration and do not identify any harm that could result from such a temporary stay of proceedings, the Court finds good cause to grant the requested relief. *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110-11 (9ths Cir. 2005).

**Conclusion and Order**

In light of the parties' representations and good cause appearing, it is HEREBY ORDERED:

1. This action SHALL BE SUBMITTED to arbitration pursuant to the terms of the parties' arbitration agreement;

2. This action shall be STAYED in its entirety pending the filing of a motion to confirm or vacate an arbitration award, or a notice of dismissal;

3. The Court SHALL RETAIN jurisdiction over this action to confirm, correct, vacate, or enforce any arbitration award in accordance with the Federal Arbitration Act, 9 U.S.C. §§ 9, 10, 11;

4. The parties SHALL FILE a joint notice informing the Court of the status of scheduling arbitration **within 30 days** of the date of this order;

5. The parties SHALL FILE a joint notice informing the Court of the status of arbitration **every 120 days** following the date of this order until arbitration is completed;

6. **Within 14 days** of the completion of arbitration, the parties SHALL FILE a joint notice informing the Court that arbitration has been completed and describing the parties' intentions with respect to the disposition or continued litigation of this case; and

///

///

///

///

2

7.  The May 27, 2026, scheduling conference (Doc. 2) is VACATED.

IT IS SO ORDERED.

Dated:    **March 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE